FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JESUS ZAMBRANO-RIVERA,<br><br>                Defendant. | No. 4:18-cr-06057-SMJ<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS INDICTMENT** |

Before the Court, without oral argument, is the United States' Motion to Dismiss Indictment, ECF No. 57. The Government seeks the Court's leave to dismiss the Indictment, ECF No. 15, without prejudice as to Defendant Jesus Zambrano-Rivera pursuant to Federal Rule of Criminal Procedure 48(a). Having reviewed the pleadings filed in connection with the motion, the Court grants the Government leave to dismiss the Indictment. The Court makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Motion to Dismiss Indictment, **ECF No. 57**, is **GRANTED**.

2. The Indictment, **ECF No. 15**, is **DISMISSED WITHOUT**

ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS
INDICTMENT **-** 1

1 **PREJUDICE** as to Defendant Jesus Zambrano-Rivera.

2 **3.** All hearings are **STRICKEN**, and all pending motions are **DENIED**
3      **AS MOOT**.
4 **4.** The U.S. Marshals Service is directed to **RELEASE** Defendant Jesus
5      Zambrano-Rivera from its custody.
6  **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and
7 provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals
8 Service.

 **DATED** this 21st day of February 2019.

 _____
 SALVADOR MENDOZA, JR.
 United States District Judge

ORDER GRANTING THE GOVERNMENT'S MOTION TO
DISMISS INDICTMENT **-** 2